**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

TAKE FLIGHT EDUCATION LLC,

     Plaintiff,

v.

HARLEYSVILLE WORCESTER
INSURANCE COMPANY,

     Defendant.

Case No. 1:25-cv-04160-MHC

**<u>HARLEYSVILLE WORCESTER INSURANCE COMPANY'S
NOTICE TO TAKE REMOTE VIDEOTAPED
DEPOSITION OF RUSS HART</u>**

**TAKE NOTICE** that Harleysville Worcester Insurance Company will depose non-party **Russ Hart** pursuant to Federal Rules of Civil Procedure 45 on the date and at the time shown below. This deposition is for any purpose permitted under the Federal Rules of Civil Procedure.

The deposition will continue from day-to-day until completed, and will be taken before an officer duly authorized by law to administer oaths and record testimony by stenographic means and video recording.  You are expected to bring with you all documents set forth in Exhibit A hereto.

| | |
|---|---|
| **WITNESS TO BE DEPOSED:** | Russ Hart |
| **DATE AND TIME:** | Tuesday, April 21, 2026 at 9:00 am EST |

**LOCATION:**                    Videoconferencing will be used for a fully
                                 virtual setting [A Zoom videoconferencing link
                                 is forthcoming.]

**COURT REPORTER /**             TBD
**VIDEOGRAPHER:**


Dated: April 10, 2026            Respectfully Submitted,

                                   **SHOOK, HARDY & BACON L.L.P.**

                                   */s/ Caroline M. Gieser*
                                   Caroline M. Gieser, GA #167916
                                   Eric L. Foster, GA #424347
                                   1230 Peachtree St., Suite 1200
                                   Atlanta, GA 30309
                                   Telephone: (470) 867-6000
                                   Facsimile:  (470) 867-6001
                                   cgieser@shb.com
                                   efoster@shb.com

                                   *Attorneys for Defendant Harleysville*
                                   *Worcester Insurance Company*

2

## **EXHIBIT A**

1.  Any and all documents in your possession, custody, or control that pertain or relate to Take Flight Education, LLC or Christine Thomas.

2.  Any and all documents in your possession, custody, or control that pertain or relate to any claim made on Commercial Lines Insurance Policy No. MPA000004675BC.

3.  Any and all agreements between You and Take Flight Education, LLC or Christine Thomas, including retention agreements and agreements for compensation.

## CERTIFICATE OF SERVICE

This is to certify that this 10th day of April, 2026, the foregoing was filed via the Court's Electronic Filing System, which will send notification of such filing and effectuate service to all counsel of record in this matter, pursuant to Local Rule 5.1.

*/s/ Caroline M. Gieser*
*Attorney for Defendant Harleysville*
*Worcester Insurance Company*

4