**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

TAKE FLIGHT EDUCATION LLC,

     Plaintiff,

v.

HARLEYSVILLE WORCESTER
INSURANCE COMPANY,

     Defendant.

Case No. 1:25-cv-04160-MHC

**HARLEYSVILLE WORCESTER INSURANCE COMPANY'S
AMENDED NOTICE TO TAKE REMOTE VIDEOTAPED DEPOSITION
OF CHRISTINE THOMAS**

PLEASE TAKE NOTICE that Defendant Harleysville Worcester Insurance Company ("Harleysville") will take the deposition upon oral and video examination of **Christine Thomas** on the date and at the time shown below. The deposition is for any purpose permitted under the Federal Rules of Civil Procedure.

The deposition will continue from day-to-day until completed, and will be taken before an officer duly authorized by law to administer oaths and record testimony by stenographic means and video recording.

| | |
|---|---|
| **WITNESS TO BE DEPOSED:** | Christine Thomas |
| **DATE AND TIME:** | Monday, April 27, 2026, starting at 1:00 pm EST |

**LOCATION:**                    Videoconferencing will be used for a fully virtual setting [A Zoom videoconferencing link is forthcoming.]

**COURT REPORTER /**            TBD
**VIDEOGRAPHER:**

Dated: April 24, 2026            Respectfully Submitted,

**SHOOK, HARDY & BACON L.L.P.**

*/s/ Caroline M. Gieser*
Caroline M. Gieser, GA #167916
Eric L. Foster, GA #424347
1230 Peachtree St., Suite 1200
Atlanta, GA 30309
Telephone: (470) 867-6000
Facsimile:  (470) 867-6001
cgieser@shb.com
efoster@shb.com

*Attorneys for Defendant Harleysville Worcester Insurance Company*

2

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that this 24th day of April, 2026, the foregoing was filed via the Court's Electronic Filing System, which will send notification of such filing and effectuate service to all counsel of record in this matter, pursuant to Local Rule 5.1.

*/s/ Caroline M. Gieser*
*Attorney for Defendant Harleysville*
*Worcester Insurance Company*

3